■  GILBERT M. LITTLEJOHNS, Respondent, v. TATJANA O. L. LITTLEJOHNS, Appellant.— Judgment, Supreme Court, New York County, entered on May 23, 1972, unanimously affirmed on opinion of Korn, J., at Trial Term, without costs and without disbursements. No opinion. Concur — McGivern, J. P., Markewich, Kupferman, Lane and Steuer, JJ. [76 Misc 2d 82.]